IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DEBORAH LAUFER, Individually,   Case No.: 1:20-cv-04378

    Plaintiff,

v.

SHAH HOSPITALITY, L.L.C., a
Domestic Limited Liability Corporation,

    Defendant.

_____

## MOTION TO SEAL

Plaintiff, by and through undersigned counsel, hereby requests that the confidential settlement agreement that was entered in error at Docket entry #5 and a Notice of Settlement Agreement be entered instead to reflect the case disposition.

FOR THE PLAINTIFF:

/s/ *Amale Knox*
Amale Knox, Of Counsel
Thomas B. Bacon, P.A.
330 Harrison St.
Pontiac, MI 48341
amale.knox.esq@gmail.com
Illinois Bar. Id. No. 6308622
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that October 7, 2020, I filed the foregoing using the Clerk of Court's CM/ECF efiling system, which will serve all counsel of record electronically.

                                             /s/ *Amale Knox*
                                             Attorney